IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OKORO, | No. C 13-2553 CW |
| Plaintiff, | ORDER REGARDING SUPPORTING MATERIALS FOR UPCOMING MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

Plaintiff Sylvester Okoro's counsel of record, Horowitz & Rubinoff (counsel), moves to withdraw from the above-referenced action. The hearing on this matter is set for March 13, 2014. In its papers, counsel stated the reason for its withdrawal was that Plaintiff made it "unreasonably difficult" for counsel to carry out its duties effectively and that Plaintiff breached his fee and expense agreement. Counsel did not, however, give the precise reasons for its motion, claiming that its professional and ethical duties prevented it from doing so.

Although counsel offered to discuss this matter in chambers, the Court finds it more appropriate for counsel to submit this information in written format directly to chambers for in camera review. If Plaintiff wishes to submit his account of the same events, he may do so as well. Any papers must be submitted to the Court no later than March 12, 2014 at 5:00 PM. By that same date, Plaintiff and counsel must also exchange any papers submitted to the Court.

1    Counsel must ensure that Plaintiff receives notice of this
2 order no later than March 10, 2014 at 5:00 PM.
3    IT IS SO ORDERED.

5 Dated: 3/7/2014

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

**United States District Court**
For the Northern District of California

2