UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OKORO,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.  13-cv-02553-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court has been informed that on September 16, 2015, a confidential settlement was placed on the record in this matter, during a settlement conference before Magistrate Judge Nandor J. Vadas.  Dkt. No. 77.

Consequently, based on the Court's understanding that the action is settled, the Court dismisses this case without prejudice.  If, however, any party certifies to the Court within **ninety** days from the date of this order that the agreed consideration for the settlement of this action has not been delivered over, then this order will be vacated and the case will be set for a further status conference.  If no such certification is filed, the dismissal will be with prejudice after the passage of the ninety days.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_____
JAMES DONATO
United States District Judge